**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRIAN KEITH LAWS, | ) | NO. CV 20-9202-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.J. SULLIVAN (Warden), et al., | ) | |
| Respondents. | ) | |

_____)

        Pursuant to the "Order of Dismissal,"


        IT IS ADJUDGED that the Petition is denied and dismissed

without prejudice.


        DATED: October 13, 2020.



                        _____/s/_____
                             FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE